IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MOHAMMAD FAHIM SULTANI, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. 4:17-cv-00475-VEH-TMP |
| JEFFERSON SESSIONS, *et al.*, | ) ) ) |
| Respondents. | ) ) |

## **MEMORANDUM OPINION**

On April 25, 2017, the magistrate judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. To date, no objections have been filed by either party. On May 2, 2017, the copy of the Report and Recommendation mailed to the petitioner was returned marked "Refused Unable to Forward." (Doc. 10).

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to

28 U.S.C. § 2241 in the above-styled cause is due to be DISMISSED as MOOT. An order of final judgment will be entered contemporaneously herewith.

**DONE** and **ORDERED** this 8th day of May, 2017.

**VIRGINIA EMERSON HOPKINS**
United States District Judge